BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JENNIFER A. NEILL
Supervising Deputy Attorney General
JAMES E. FLYNN, State Bar No. 61139
Supervising Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-1976
  Fax: (916) 324-5205

Attorneys for Defendants
Wagner, Runnels and Jackson
SA2003103435

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD FOSTER,**<br><br>                    Plaintiff,<br><br>         v.<br><br>**D. L. RUNNELS, et al.,**<br><br>                    Defendants. | No. CIV-S-03-1193 GEB JFM P<br><br>**ORDER** |

The court has considered defendants' second motion to extend the parties' time to file dispositive motions 15 days from April 25, 2005 to May 10, 2005, and finds good cause for the request. The time for filing dispositive motions is extended to May 10, 2005. No further extensions of time will be granted. All other dates set in the scheduling order filed October 4, 2004, are unchanged.

DATED: May 6, 2005.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/fost1193.ext2