1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MONICA N. ANDERSON
   Supervising Deputy Attorney General
5  JAMES E. FLYNN, State Bar No. 61139
   Supervising Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone:  (916) 323-1976
8   Fax:  (916) 324-5205

9  Attorneys for Defendants Jackson, Runnels, and
   Wagner
10 48149280 SA2003103435

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RONALD FOSTER,** | No. CIV-S-03-1193 GEB JFM P |
| Plaintiff, | **ORDER VACATING SCHEDULING ORDER DATES** |
| v. | |
| **D. L. RUNNELS, et al.,** | |
| Defendants. | |

    Defendants request that the dates for pretrial statements, pretrial conference, and trial set in the scheduling order filed October 4, 2004, be vacated subject to being reset, if necessary, following orders on defendants' motion for summary judgment and plaintiff's related opposition and discovery motions.  Good cause exists to grant the request.

    The dates set for pretrial statements, pretrial conference, and trial set in the scheduling order filed October 4, 2004, are vacated subject to being reset, if necessary, following orders on

/ / /

Order Vacating Scheduling Order Dates

1

defendants' motion for summary judgment and plaintiff's related opposition and discovery motions.

Dated: August 22, 2005.

                                               /s/ John F. Moulds
                                     UNITED STATES MAGISTRATE JUDGE

fosterorder.wpd