IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD FOSTER,

      Plaintiff,                        No. CIV S-03-1193 GEB JFM P

   vs.

D.L. RUNNELS, et al.,

      Defendants.              <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 26, 2006, plaintiff filed a request for an extension of time to file and serve an opposition to defendants' July 6, 2006 motion for summary judgment. On August 7, 2006, plaintiff filed his opposition. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's July 26, 2006 request for an extension of time is granted; and

       2. Plaintiff' August 7, 2006 opposition to defendants' motion for summary judgment is deemed timely filed.

DATED: August 24, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

12/mp;fost1193.36