IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**RONALD FOSTER,**

                        Plaintiff,

    v.

**D. L. RUNNELS, et al.,**

                        Defendants.

NO. 2:03-CV-1193-GEB-JFM (PC)

**ORDER**

        Defendants have requested that the court vacate the dates set for filing pretrial statements and the pretrial conference in the revised scheduling order filed January 25, 2006. The court finds good cause, grants the request, and orders as follows:

        1.    The dates set for filing pretrial statements and the pretrial conference in the revised scheduling order filed January 25, 2006, are vacated.

        2.    The court will issue an order setting new dates and a trial date, if necessary, following an order on defendants' pending motion for summary judgment.

Dated: September 21, 2006

UNITED STATES MAGISTRATE JUDGE

/fost1193.vac(2)

Order

1